UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Jose L. Linares |
| v. | : | Crim. No. 10-297 |
| STEPHEN CHIOLIS | : | ORDER TO MODIFY CONDITIONS OF RELEASE |

This matter having been opened to the Court by Paul J. Fishman, United States Attorney for the District of New Jersey (Joseph Mack, Assistant U.S. Attorney, appearing), and defendant STEPHEN CHIOLIS (Christopher Ferguson, Esq., appearing) for an order modifying the conditions of release; and for good and sufficient cause shown,

It is on this _6th_ day of August 2010,

ORDERED that the Court's Order Setting Conditions of Release, filed on April 28, 2010, is hereby amended as follows:

(1) the $250,000 unsecured appearance bond is released; and

(2) defendant STEPHEN CHIOLIS must execute a new $250,000 unsecured appearance bond no later than September 30, 2010.

HON. JOSE L. LINARES
United States District Judge