IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| ) | Crim. No.: 10-297 (JLL) |
| v. ) | |
| ) | |
| ) | ORDER |
| STEPHEN CHIOLIS ) | |
| ) | |

THIS MATTER having been opened to the Court by Kostelanetz & Fink, LLP (Christopher M. Ferguson, Esq. appearing), for an Order relieving that firm as attorneys of record for Mr. Chiolis in this proceeding, and Mr. Chiolis and the Government having expressed no objection to the relief sought in this motion, and good cause having been shown,

IT IS, on this __5__ day of November, 2010,

ORDERED that Kostelanetz & Fink, LLP's motion is hereby GRANTED and that the docket in this proceeding shall be modified to reflect this change; and, it is further Ordered that defendant, Chiolis is to provide this court with the name and address of new counsel within thirty (30) days of the entry of this Order.

SO ORDERED:

_____
Hon. Jose L. Linares
United States District Judge